UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>        -against-<br><br>Juan Valerio<br><br>                            Defendant. | Case No.: 96 MJ 01161 (MRG)<br><br>**ORDER OF DISMISSAL** |

-----------------------------------------------------------

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:   20   day of November, 2020
Poughkeepsie, New York